**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL O. GALAZ, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and STAPLES, INC. LTD PLAN #504, <br><br>　　　　Defendants. | CASE NO. CV 08-05401 CAS (SSx) <br><br>**ORDER DISMISSING DEFENDANTS WITH PREJUDICE** |

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

**[PROPOSED] ORDER**

1  Pursuant to the fully executed Stipulation Re: Plaintiff Michael O. Galaz'
2  Dismissal With Prejudice Of Defendants The Prudential Insurance Company of
3  America and Staples, Inc. LTD Plan #504 (collectively hereinafter referred to as
4  "Defendants") and Federal Rules of Civil Procedure 41(a)(1), Defendants are
5  hereby dismissed with prejudice from this action.

Dated:  June 9, 2009

*Christine A. Snyder*

Judge of the U.S. District Court

RONALD K. ALBERTS (SBN: 100017)
MICHELLE L. STEINHARDT (SBN: 235149)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA  90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470
Email: ralberts@gordonrees.com
Email: msteinhardt@gordonrees.com

Attorneys for Defendants
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA and
STAPLES, INC. LTD PLAN #504